# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

HANNAH HODGES
Plaintiff

v.

UNIVERSITY OF TEXAS SOUTHWESTERN
MEDICAL SCHOOL, et al.
Defendant

3:22-cv-2583
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, Hannah Hodges

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Hannah Hodges (Plaintiff),Keith Altman, Esq. (Attorney for Plaintiff), The Law Office of Keith Altman (Plaintiff's counsel), University of Texas Southwestern Medical School, Angela Mihalic, Robert Rege, Aditee Ambardekar, Erin Sine, Jessica Spaniol, and Daniel Podolsky (Defendants).

| | |
|---|---|
| Date: | November 16, 2022 |
| Signature: | /s/ Keith Altman |
| Print Name: | Keith Altman, Esq. |
| Bar Number: | MI Bar No. P81702 |
| Address: | 33228 W. 12 Mile Rd., Ste. 375 |
| City, State, Zip: | Farmington Hills, MI 48334 |
| Telephone: | (248) 987-8929 |
| Fax: | |
| E-Mail: | keithaltman@kaltmanlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.