# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| HANNAH HODGES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL, et al.<br><br>*Defendants.* | CASE NO. 3:22-cv-2583<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Keith Altman, will move this Court pursuant to Rule 83.10(a)(1) of the Local Rules of the United States District Courts for the Northern District of Texas for an order allowing the admission of movant, a member of the firm of The Law Office of Keith Altman and a member in good standing of the bar(s) of the State(s) of California and Michigan, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff Hannah Hodges. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 16, 2022     Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman

                                33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*
*(Pro Hac Vice to Be Applied For)*