# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| HANNAH HODGES,<br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL, et al.<br><br>*Defendants.* | CASE NO. 3:22-cv-2583<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, Keith Altman, being duly sworn, hereby depose and say as follows:

1. I am a member of The Law Office of Keith Altman.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the State Bars of California (SBN 257309) and Michigan (SBN P81702).

4. I am an active member in good standing in the bars of the United States District Courts of the Western District of Texas, Eastern District of Texas and Southern District of Texas. A complete list of all my admissions is attached hereto.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have not been convicted of a felony.

7. I have not been censured, suspended, disbarred, or denied admission.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the case of <u>Hannah Hodges v. University of Texas Southwestern Medical School, et al.</u> for Plaintiff.

Dated: November 16, 2022           Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*
*(Pro Hac Vice to Be Applied For)*



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KEITH L. ALTMAN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify KEITH L. ALTMAN #257309 was on the 25th day of August, 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of November 7th, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: November 10, 2022

Clerk

## Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| **Federal Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |
| Eastern Texas | 3/6/2019 | Active |

| **Appeals Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| First Circuit | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| **U.S. Supreme Court/ID** | **Admission Date** | **Status** |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |