UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Hannah Hodges<br>*Plaintiff*<br><br>v.<br><br>Univ. of Texas Southwestern Medical School, et al.<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 3:22-cv-02583-K<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

The Law Office of Keith Altman                                                  , with offices at

33228 W. 12 Mile Road, Suite 375
(Street Address)

Farmington Hills                          Michigan             48334
(City)                                    (State)              (Zip Code)

(248) 987-8929
(Telephone No.)                           (Fax No.)


II.  Applicant will sign all filings with the name  Keith Altman                              .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Hannah Hodges




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of _____Michigan_____, where Applicant regularly practices law.

Bar license number: P81702        Admission date: June 21, 2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| *See Attached | | |
| | | |
| | | |
| | | |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:             Case No. And Style:

January 13, 2022                 3:21-cv-02822; Rebecca Saveal v. The Kroger Co., et al.

February 13, 2019                3:19-cv-00359; Jesus Retana, et al. v. Facebook Inc., et al.

(If necessary, attach statement of additional applications.)

X.   Local counsel of record associated with Applicant in this matter is

Robert M. Kisselburgh, who has offices at

1300 S. University Drive, Suite 500
(Street Address)

Fort Worth                       Texas              76107
(City)                           (State)            (Zip Code)

(817) 500-0990                   (817) 576-1928
(Telephone No.)                  (Facsimile No.)

XI.   Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

XII.   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   14th   day of December                , 2022  .

Keith Altman, Esq.
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  November 10, 2022

Clerk

# Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| **Federal Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |
| Eastern Texas | 3/6/2019 | Active |

| **Appeals Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| First Circuit | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| **U.S. Supreme Court/ID** | **Admission Date** | **Status** |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |