AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Hannah Hodges ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:22-cv-02583-K |
| Univ. of Texas Southwestern Medical School, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Hannah Hodges

Date: 12/14/2022

*Attorney's signature*

Robert M. Kisselburgh, TSBN 11538750
*Printed name and bar number*

Kisselburgh Law Firm
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107

*Address*

robert@kisselburghlaw.com
*E-mail address*

(817) 500-0990
*Telephone number*

(817) 576-1928
*FAX number*