UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HANNAH HODGES,<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Case No. 3:22-cv-02583-K |
| | § | |
| UNIVERSITY OF TEXAS<br>SOUTHWESTERN MEDICAL<br>SCHOOL, et al.,<br>　*Defendants.* | §<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANTS'**
**RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

On this date, the Court considered Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (the "Motion"). After considering the Motion, any further briefing and argument submitted by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that all of Plaintiff's claims in the above-styled cause are hereby **DISMISSED**.

SIGNED this _____ day of _____, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE