UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HANNAH HODGES, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:22-cv-02583-K |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| SOUTHWESTERN MEDICAL | § | |
| SCHOOL, et al., | § | |
|    *Defendants.* | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE U.S. DISTRICT JUDGE ED KINKEADE:

Pursuant to Local Civil Rule 7.4, Defendants The University of Texas Southwestern Medical School, Angela Mihalic, Robert Rege, Aditee Ambardekar, Erin Sine, Jessica Spaniol, and Daniel Podolsky provide the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of this case:

    **Plaintiff:**                  Hannah Hodges

    **Plaintiff's Counsel:**    Keith Altman
                                       The Law Office of Keith Altman
                                       33228 West 12 Mile Road, Suite 375
                                       Farmington Hills, Michigan 48331
                                       Telephone: (248) 987-8929
                                       keithaltman@kaltmanlaw.com

                                       Robert M. Kisselburgh
                                       Kisselburgh Law Firm
                                       1300 S. University Drive, Suite 500

|  |  |
|---|---|
|  | Fort Worth, Texas 76107<br>Telephone: (817) 500-0990<br>Fax: (817) 576-1928<br>robert@kisselburghlaw.com |
| **Defendants:** | The University of Texas Southwestern Medical School<br>Angela Mihalic<br>Robert Rege<br>Aditee Ambardekar<br>Erin Sine<br>Jessica Spaniol<br>Daniel Podolsky |
| **Defendants' Counsel:** | Benjamin S. Walton<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 463-2120 – Phone<br>(512) 320-0667 – Fax<br>benjamin.walton@oag.texas.gov |

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

/s/ *Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

  I hereby certify that on February 14, 2023, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Robert M. Kisselburgh
Kisselburgh Law Firm
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 500-0990
Fax: (817) 576-1928
robert@kisselburghlaw.com

*Counsel for Plaintiff*

              */s/ Benjamin S. Walton*
              **BENJAMIN S. WALTON**
              Assistant Attorney General