**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HANNAH HODGES,<br>*Plaintiff,*<br>v.<br>ANGELA MIHALIC,<br>*Defendants.* | CASE NO. 3:22-cv-2583-K |

## REQUEST FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Hannah Hodges, by and through her respective attorneys, respectfully request this action be dismissed in its entirety with prejudice. Each party shall bear its/their own costs and fees, including attorneys' fees. The parties request that the Clerk of Court now close this case.

Dated: September 27, 2024

Respectfully submitted,

Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

/s/ *Robert M. Kisselburgh*
Robert M. Kisselburgh
KISSELBURGH LAW FIRM
1300 S. University Drive, Suite 500
Fort Worth, TX 76107
Telephone: (817) 500-0990
Fax: (817) 576-1928
robert@kisselburghlaw.com

**CERTIFICATE OF SERVICE**

I certify that on September 27, 2024, a copy of the foregoing document was served upon all counsel of record by the Court's ECF system.

Respectfully Submitted,

Keith Altman, Esq.